UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRINITY INVESTMENTS LIMITED,

        Plaintiff,

    v.                                        15 Civ. 01588 (TPG)

THE REPUBLIC OF ARGENTINA,

        Defendant.

---

## NOTICE OF VOLUNTARY PARTIAL DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant Republic of Argentina having not yet served an answer to the Complaint or motion for summary judgment in the above-entitled action, Plaintiff Trinity Investments Limited ("Plaintiff") hereby dismisses, without prejudice and without costs to any party, Plaintiff's Fifth Claim for Relief for breach of contract on the US040114GF14 Bonds.

Dated: New York, New York
       April 14, 2015

**DUANE MORRIS LLP**

By: _/s/ Anthony J. Costantini_
Anthony J. Costantini
E-mail: ajcostantini@duanemorris.com
Suzan Jo
E-mail: sjo@duanemorris.com
Kevin P. Potere
Email: kppotere@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020

Attorneys for Plaintiff