UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------  X
TRINITY INVESTMENTS LIMITED,       :
                    Plaintiff,     :         15 Civ. 1588
           v.                      :
THE REPUBLIC OF ARGENTINA          :
                    Defendant.     :
---------------------------------  X

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Having considered Trinity Investments Designated Activity Company's[1] Motion for Partial Summary Judgment against the Republic of Argentina and the entire record in this case, it is **HEREBY ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment is **GRANTED**.

2. On Counts I, II, III, IV, VI, and VII of the Complaint, the Clerk of the Court is directed to enter **JUDGMENT** for Plaintiff, Trinity Investments Designated Activity Company, against Defendant Republic of Argentina in the form annexed hereto. The following tables contain the necessary identifying information regarding Plaintiff's beneficial interests in these bonds:

---

[1] As discussed in *Plaintiffs' Omnibus Memorandum of Law in Support of Motions for Summary Judgment* [Dkt. No. 77], Plaintiff Trinity Investments Designated Activity Company (formerly known as Trinity Investments Limited) converted to a Designated Activity Company under the Companies Act 2014 on August 6, 2016.

**Table 1**

| Plaintiff Bond Holder or Beneficial Owner: | Trinity Investments Designated Activity Company |
|---|---|
| Face Value: | $1,500,000 |
| CUSIP No., ISIN No., BB No.: | US040114AR16 |
| Date Of Issuance: | January 30, 1997 |
| Date Of Maturity: | January 30, 2017 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | January 2015 – March 2015 |
| Acceleration: | Notice sent March 3, 2015 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from State Street dated as of April 17, 2020 |

**Table 2**

| Plaintiff Bond Holder or Beneficial Owner: | Trinity Investments Designated Activity Company |
|---|---|
| Face Value: | $728,000 |
| CUSIP No., ISIN No., BB No.: | US040114AV28 |
| Date Of Issuance: | September 19, 1997 |
| Date Of Maturity: | September 19, 2027 |
| Interest Rate/Payable: | 9.750% |
| Date Of Purchase: | January 2015 – March 2015 |
| Acceleration: | Notice sent March 3, 2015 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from State Street dated as of April 17, 2020 |

**Table 3**

| Plaintiff Bond Holder or Beneficial Owner: | Trinity Investments Designated Activity Company |
|---|---|
| Face Value: | $245,000 |
| CUSIP No., ISIN No., BB No.: | US040114BE93 |
| Date Of Issuance: | April 7, 1999 |
| Date Of Maturity: | April 7, 2009 |
| Interest Rate/Payable: | 11.750% |
| Date Of Purchase: | January 2015 – March 2015 |
| Acceleration: | Notice sent March 3, 2015 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from DTCC dated as of April 17, 2020 |

**Table 4**

| Plaintiff Bond Holder or Beneficial Owner: | Trinity Investments Designated Activity Company |
|---|---|
| Face Value: | $100,000 |
| CUSIP No., ISIN No., BB No.: | US040114FC91 |
| Date Of Issuance: | March 15, 2000 |
| Date Of Maturity: | March 15, 2010 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | January 2015 – March 2015 |
| Acceleration: | Notice sent March 3, 2015 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from DTCC dated as of April 17, 2020 |

**Table 5**

| Plaintiff Bond Holder or Beneficial Owner: | Trinity Investments Designated Activity Company |
|---|---|
| Face Value: | $2,620,000 |
| CUSIP No., ISIN No., BB No.: | US040114GA27 |
| Date Of Issuance: | June 15, 2000 |
| Date Of Maturity: | June 15, 2015 |
| Interest Rate/Payable: | 11.750% |
| Date Of Purchase: | December 2014 – March 2015 |
| Acceleration: | Notice sent March 3, 2015 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from DTCC dated as of April 17, 2020 |

**Table 6**

| Plaintiff Bond Holder or Beneficial Owner: | Trinity Investments Designated Activity Company |
|---|---|
| Face Value: | $179,077 |
| CUSIP No., ISIN No., BB No.: | US040114GG96 |
| Date Of Issuance: | June 19, 2001 |
| Date Of Maturity: | June 19, 2018 |
| Interest Rate/Payable: | 12.250% |
| Date Of Purchase: | January 2015 – March 2015 |
| Acceleration: | Notice sent March 3, 2015 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from State Street dated as of April 17, 2020 |

3. Count V is dismissed with prejudice.

4. Count VIII is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: This 7th day of __July__, 2020

_Loretta A. Preska_
Hon. Loretta A. Preska
District Judge