UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRINITY INVESTMENTS LIMITED,

    *Plaintiff,*

v.

THE REPUBLIC OF ARGENTINA,

    *Defendant.*

Case No. 15 Civ. 1588 (LAP)

### PROPOSED ORDER

Upon the motion of Allison Kim for leave to withdraw from this action as counsel on behalf of Defendant, the Republic of Argentina, **IT IS HEREBY ORDERED:**

1. The motion is granted.

SO ORDERED.

Dated: 9/21/23

_____
Hon. Loretta A. Preska
United States District Judge