IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATTESTOR MASTER VALUE FUND LP,<br><br>        Plaintiff,<br><br>   v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>        Defendant. | 14 Civ. 05849 (LAP) |
| TRINITY INVESTMENT LIMITED,<br><br>        Plaintiff,<br><br>   v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>        Defendant. | 14 Civ. 10016 (LAP)<br>15 Civ. 1588 (LAP)<br>15 Civ. 2611 (LAP)<br>15 Civ. 5886 (LAP)<br>15 Civ. 9982 (LAP)<br>16 Civ. 1436 (LAP) |
| BYBROOK CAPITAL MASTER FUND LP, and BYBROOK CAPITAL HAZELTON MASTER FUND LP,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>        Defendant. | 15 Civ. 2369 (LAP)<br>15 Civ. 7367 (LAP)<br>16 Civ. 1192 (LAP)<br>21 Civ. 2060 (LAP) |
| WHITE HAWTHORNE, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>       Defendant. | 15 Civ. 4767 (LAP)<br>15 Civ. 9601 (LAP) |

| | |
|---|---|
| WHITE HAWTHORNE, LLC and WHITE HAWTHORNE II, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>        Defendant. | 16 Civ. 1042 (LAP) |
| BISON BEE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>       Defendant. | 18 Civ. 3446 (LAP) |

## STIPULATION AND ORDER REGARDING TURNOVER ORDERS AND STAY REQUESTS IN RELATED PROCEEDINGS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned actions (the "Actions"), subject to the approval of the Court, that:

WHEREAS, on June 30, 2025, plaintiffs in *Bainbridge Fund Ltd. v. The Republic of Argentina*, 16-cv-8605 (the "*Bainbridge* Proceeding") and in *Petersen Energía Inversora, S.A.U. et al v. The Republic of Argentina et al*, 15-cv-2739 and *Eton Park Capital Management, L.P. et al v. The Republic of Argentina et al*, 16-cv-8569 (the "*Petersen* Proceedings") obtained turnover orders (the "Turnover Orders"), requiring the Republic to transfer its shares in YPF S.A. (the "YPF Shares") to a global custody account at Bank of New York Mellon ("BNYM") and to

direct BNYM to transfer the Republic's ownership interests in the YPF Shares to plaintiffs in those proceedings one day later in order to satisfy outstanding judgments against it;[1]

WHEREAS, on July 3, 2025, the plaintiffs in these Actions filed motions for turnover of the Republic's YPF Shares (the "Attestor Plaintiffs' Motions");

WHEREAS, the Attestor Plaintiffs' Motions expressly state that the Attestor Plaintiffs seek to be considered "first in line after" plaintiffs in the *Bainbridge* Proceeding and the *Petersen* Proceedings with respect to the Turnover Orders. *See Attestor Master Value Fund L.P. v. The Republic of Argentina*, No. 14-cv-5849 (LAP) (Jul. 3, 2025), ECF No. 197 at 2 (requesting that the plaintiffs in the current proceedings be considered "first in line after Petersen Energia Inversora S.A.U., Eton Park Capital Management, L.P., and Bainbridge Fund Ltd.").

WHEREAS, on July 1, 2025, the Republic filed requests for a stay of the Turnover Orders pending appeal, which the Court denied on July 14, 2025.

WHEREAS, on July 10, 2025, the Republic filed Notices of Appeal of the Turnover Orders (the "Appeals") to the Court of Appeals for the Second Circuit. The Appeals are currently sub judice;

WHEREAS, on July 10, 2025, the Republic filed Emergency Motions for Stay Pending Appeal and Immediate Administrative Stay (the "Stay Motions") to the Court of Appeals for the Second Circuit. On August 15, 2025, the Second Circuit granted the Stay Motions.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The parties acknowledge that the pending Appeals will directly affect resolution of the Attestor Plaintiffs' Motions. Accordingly, the parties hereby agree that they shall pause

---

[1] *Bainbridge Fund Ltd. v. The Republic of Argentina*, 16-cv-8605 (LAP) (Jun. 30, 2025), ECF No. 189; *Petersen Energía Inversora, S.A.U. et al v. The Republic of Argentina et al*, 15-cv-2739 (LAP) (Jun. 30, 2025), ECF No. 742; *Eton Park Capital Management, L.P. et al v. The Republic of Argentina et al*, 16-cv-8569 (LAP) (Jun. 30, 2025), EC No. 662.

briefing and further proceedings on the Attestor Plaintiffs' Motions until the Appeals are resolved.

2. The Republic and the Attestor Plaintiffs agree that they preserve all arguments, rights, and defenses that they may have, and maintain the Republic and Attestor Plaintiffs' right to appeal any order relating to the Attestor Plaintiffs' Motions. Following resolution of the pending Appeals, the Republic and the Attestor Plaintiffs shall promptly confer as to appropriate steps with respect to the impact of the resolution of the Appeals on the Attestor Plaintiffs' Motions.

3. Nothing in this agreement affects the priority of claims amongst any creditors.

4. Nothing in this agreement shall affect any determination as to which of the Republic's assets are subject to the jurisdiction of any court in the United States.

5. Nothing in this agreement affects the right of either party to seek a stay of any future order of this Court.

6. Any further proceedings on the Attestor Plaintiffs' Motions shall be stayed pending further Order of this Court following the issuance of the mandate in the Appeals.

Dated: August 19, 2025  
New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

BY: */s/ Dennis H. Hranitzky*  
Dennis H. Hranitzky  
(dennisharnitzky@quinnemanuel.com)  
2755 E. Cottonwood Parkway, Suite 430  
Salt Lake City, UT 84121  
(801) 515-7300  

Debra D. O'Gorman  
(debraogorman@quinnemanuel.com)  
Kevin S. Reed  
(kevinreed@quinnemanuel.com)

                295 5th Avenue
                New York, NY 10016
                (212) 849-7000

*Attorneys for Plaintiffs*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

BY:  /s/ *Carmine D. Boccuzzi, Jr.*
      Carmine D. Boccuzzi, Jr.
      (cboccuzzi@cgsh.com)
      Maria E. Manghi
      (mmanghi@cgsh.com)
      One Liberty Plaza
      New York, NY 10006
      (212) 225-2000

Rathna J. Ramamurthi
(rramamurthi@cgsh.com)
2112 Pennsylvania Avenue
Washington, DC 20037
(202) 974-1515

*Attorneys for Defendant the Republic of Argentina*

Pursuant to section 8.5(b) of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, the use of conformed electronic signatures is with the consent of all signatories to this filing.

SO ORDERED.

Dated:  __August 20_____, 2025

*[signature: Loretta A. Preska]*

_____
LORETTA A. PRESKA
United States District Court Judge